IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                                                       No. C 12-1504 WHA (PR)

STEVE CHENNAULT,                                              **ORDER OF DISMISSAL**

        Plaintiff.

_____/

On March 26, 2012, plaintiff, a prisoner of the State of California, filed a letter complaining of conditions at his prison in San Diego County. That day, the clerk notified plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. In response, plaintiff has written a letter stating that he does not want to proceed with a civil action at this time, and requesting that his case be dismissed without prejudice. Accordingly, this case is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a). The clerk shall enter judgment and close the file.

     **IT IS SO ORDERED.**

Dated: April    24   , 2012.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\CHENNAULT1504.DFP.wpd